1  Richard P. Sybert, Bar No. 80731
   email rsybert@gordonrees.com
2  Susan B. Meyer, Bar No. 204931
   email smeyer@gordonrees.com
3  GORDON & REES LLP
   101 West Broadway, Suite 1600
4  San Diego, California 92101
   tel (619) 696-6700 / fax (619) 696-7124
5
6  Attorneys for Plaintiff
   CAVS USA, INC.

JS-6

**Gordon & Rees LLP**
**101 West Broadway**
**Suite 1600**
**San Diego, CA 92101**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAVS USA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TENNESSEE PRODUCTION CENTER, INC., a Tennessee corporation, and DOES 1-10,<br><br>Defendant. | **CASE NO. 11-CV-08612-JFW-JEM**<br><br>[PROPOSED] JUDGMENT<br><br>**Hon. John F. Walter** |

This matter came before the Court on Plaintiff CAVS USA, INC.'s ("CAVS USA") *Amended* Motion for Entry of Default Judgment ("Motion") filed on March 28, 2012. Through its Motion, CAVS USA seeks entry of judgment on its breach of contract, breach of the implied covenant of good faith and fair dealing, and fraud claims as alleged in its First Amended Complaint against Defendant Tennessee Production Center, Inc. Defendant Tennessee Production Center, Inc. did not file an Opposition to the Motion.

Previously, on December 2, 2011, the Clerk entered default against Defendant Tennessee Production Center, Inc. on CAVS USA's First Amended Complaint. Accordingly, all of the factual allegations in CAVS USA's First Amended Complaint are deemed admitted.

CAVS USA has presented competent evidence to support its claims for damages and good cause having been shown, the Court hereby GRANTS CAVS USA's Motion and ORDERS the following:

1. Entry of judgment by default in the amount of $278,370.20 against Tennessee Production Center, Inc. for breach of contract and breach of the implied covenant of good faith and fair dealing.
2. Prejudgment interest in the sum of $111,348.08 calculated at the rate of 10% pursuant to California Civil Code § 3289(b).
3. The total default judgment amount, including prejudgment interest, is $389,718.28.
4. Post-judgment interest at the rate of 0.18% pursuant to 28 U.S.C. § 1961 beginning on the date of the entry of judgment.

IT IS SO ORDERED.

Date: April 24, 2012

/s/ _____
JOHN F. WALTER
District Court Judge
United States District Court
Central District of California